DENBY v. HART.—In error.

May Term,
1835.

RICHARDSON
v.
VICE.
Tuesday,
May 26.

A JUDGMENT of the Circuit Court for the plaintiff, on an appeal from the judgment of a justice of the peace, must be reversed, if the transcript of the record do not disclose the cause of action. But any statement, however short or informal it may be, will answer the purpose, provided enough be shown to bar another action for the same demand.